UNITED STATES DISTRICT COURT FOR THE DISTRCT OF RHODE ISLAND

GERALD GREAVES

*

* CASE # 05-064-S

VS.

*

ASHABEL T. WALL (R.I.D.O.C. DIRECTOR)
JANE AND JOHN DOES
UNDER I-99

MOTION FOR ENLARGEMENT OF TIME

NOW COMES THE PETITIONER, MR. GERALD GREAVES AND HEREBY REQUESTS THAT HE BE GIVEN A 90 DAY CONTINUENCE , UNTIL AUGUST 2005 TO RESPOND TO DEFENDANTS ANSWER/MOTION TO DISMISS PETITIONER'S COMPLAINT THAT PETITIONER RECIEVED ON OR ABOUT MAY 1ST, 2005, CITING 20 AFFIRMATIVE DEFENSES TO PETITIONER'S COMPLAINT/ CAUSES OF ACTION.

ARGUMENT IN SUPPORT

PETITIONER HEREBY STATES THAT HE IS INDIGENT, AND UNABLE TO AFFORD AN ATTORNEY TO REPRESENT HIMSELF IN THIS ACTION, THEREFORE HE MUST REPRESENT HIMSELF PRO-SE.

1) PETITIONER STATES THAT ON OR ABOUT MAY 1ST, 2005 HE RECIEVED AN ANSWER TO HIS COMPLAINT FROM MRS. ANNE T. TURILLI , SPECIAL ASST. ATTORNEY GENERAL , CITING SOME 20 AFFIRMATIVE DEFENSES TO HIS COMPLAINT THAT THAT REQUIRE A SUBSTANTIAL AMOUNT OF TIME TO RESEARCH AND DEFEND AGAINST PROPERLY.



3

2) PETITIONER STATES THAT HE ONLY RECIEVES A COUPLE OF HOURS A DAY TO USE THE PRISON LIBRARY , AND THAT CONSTRUCTION IN THAT AREA ON THE SPRINKLER SYSTEM LIMITS THAT ACESS TO APPROXIMATELY 3TO4 DAYS A WEEK EXCLUDING WEEKENDS AND HOLIDAYS.

3) PETITIONER STATES THAT THE PRISON HAS BEEN SHUT DOWN FOR A WEEK DUE TO CORRECTIONAL OFFICER APPRECATION WEEK, WHICH FURTHER LIMITED PETITIONERS ABILITY TO HAVE ACESS TO THE LIBRARY , AND DEFEND AGAINST DEFENDANTS ANSWER TO HIS COMPLAINT/ MOTION TO DISMISS HIS COMPLAINT.

4) PETITIONER STATES THAT THE LAW LIBRAY COPY MACHINE HAS BEEN BROKEN FOR TWO WEEKS AT A TIME , WHICH SUBSTANTIALLY LIMITS PETITIONERS ABILITY TO DEFEND AGAINST DEFENDANTS ANSWER/MOTION TO DISMISS HIS COMPLAINT.

WHEREFORE FOR ALL OF THESE REASONS PETITIONER PRAYS THAT THIS HONOR-ABLE COURT WILL GRANT PETITIONER A 90 DAY CONTINUENCE , UNTIL AUGUST 1ST, 2005 TO DEFEND AGAINST DEFENDNATS ANSWER TO PETITIONERS HIS COMPLAINT.

RESPECTFULLY SUBMITTED,

CERTIFICATION

I, PETITIONER, GERALD GREAVES , HEREBY SWEAR THAT I HAVE SENT A TRUE COPY OF THIS MOTION FOR ENLARGEMENT OF TIME TO THE DEFENDANT'S ATT-ORNEY, MRS. ANNE T. TURILLI SPECIAL ASST. ATTORNEY GENERAL , AT HER OFFICE LOCATED AT 150 SOUTH MAIN ST, PROV, R.I. 02903, ON THIS 5/8/05 DAY OF MAY , 2005.

Gerald Greaves