UNITED STATES DISTRICT COURT FOR THE DISTRCT OF RHODE ISLAND

FILED
MAY 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

GERALD GREAVES *

VS. * CASE # 05-064-S

*

ASHABEL T. WALL (R.I.D.O.C. DIRECTOR)
JANE AND JOHN DOES
UNDER I-99

MOTION FOR ENLARGEMENT OF TIME

NOW COMES THE PETITIONER, MR. GERALD GREAVES AND HEREBY REQUESTS THAT HE BE GIVEN A 90 DAY CONTINUENCE , UNTIL AUGUST 2005 TO RESPOND TO DEFENDANTS ANSWER/MOTION TO DISMISS PETITIONER'S COMPLAINT THAT PETITIONER RECIEVED ON OR ABOUT MAY 1ST, 2005, CITING 20 AFFIRMATIVE DEFENSES TO PETITIONER'S COMPLAINT/ CAUSES OF ACTION.

ARGUMENT IN SUPPORT

PETITIONER HEREBY STATES THAT HE IS INDIGENT, AND UNABLE TO AFFORD AN ATTORNEY TO REPRESENT HIMSELF IN THIS ACTION, THEREFORE HE MUST REPRESENT HIMSELF PRO-SE.

1) PETITIONER STATES THAT ON OR ABOUT MAY 1ST, 2005 HE RECIEVED AN ANSWER TO HIS COMPLAINT FROM MRS. ANNE T. TURILLI , SPECIAL ASST. ATTORNEY GENERAL , CITING SOME 20 AFFIRMATIVE DEFENSES TO HIS COMPLAINT THAT THAT REQUIRE A SUBSTANTIAL AMOUNT OF TIME TO RESEARCH AND DEFEND AGAINST PROPERLY.

ORDER

Denied

A response to defendants answer is not required; no motions are pending

[signature] USMJ
13 June 05

Referred to USMJ [signature]
☐ for findings & recommendation
☑ for determination
☐

William E. Smith, U.S. District Judge

Date: 5/27/05