UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERALD GREAVES | : | |
| | : | |
| VS. | : | C.A. NO. 05-064S |
| | : | |
| ASHBEL T. WALL, in his capacity as Director of the Rhode Island Department of Corrections; Jane and John Does under I-99 | : | |

**MOTION FOR CONTINUANCE/ ENLARGEMENT OF TIME**

Defendant, Ashbel T. Wall, in his official capacity as Director of the Rhode Island Department of Corrections, ("Defendant") hereby moves for a three-week extension/continuance of the dates set in the Pre-trial Order. In support hereof, Defendant relies on the accompanying memorandum.

Defendant,
ASHBEL T. WALL, in his capacity as Director of the Rhode Island Department of Corrections
By his Attorney,

PATRICK C. LYNCH
ATTORNEY GENERAL

ANNE T. TURILLI (Bar No. 5502)
Special Assistant Attorney General
150 South Main street
Providence, RI 02903
(401) 274-4400, Extension 2355
(401) 222-3016 (fax)

GRANTED
William E. Smith
U.S. District Judge
6/24/05