**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JUL 18 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**GERALD GREAVES**

**VS.** **C.A. NO. O5-64S**

**ASHBEL T. WALL, RIDOC**

**STIPULATION OF DISMISSAL**

Upon consideration of a settlement conference held before U.S. Magistrate Judge Hagopian and by agreement of the parties, it *is* hereby stipulated that the instant action maybe dismissed with prejudice, no interest, and no costs.

Attorney for Plaintiff(s),

Gerald Greaves, pro se.

Attorney for the Defendant(s),

Anne T. Turilli, Esq.

RECOMMEND ENTRY:

Jacob Hagopian
Senior U.S. Magistrate Judge

Date: 19 July 05

SO ORDERED:

William E. Smith
U.S. District Judge

ENTERED:
7/21/05